**SLIP OP. 09-26**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

_____
                                                  :
CONTINENTAL TEVES, INC.,                :
                                                  :
                    Plaintiff,              :
                                                  :        Before: Jane A. Restani, Chief Judge
          v.                                     :
                                                  :        Court No. 03-00782
UNITED STATES,                            :
                                                  :
                    Defendant.           :
_____:

## JUDGMENT

For the reasons stated in the record of these proceedings on April 1, 2009, and in the simultaneously filed unpublished memorandum of record, plaintiff has failed to prove that the entries at issue were valued in an unlawful manner to any extent by the United States so that any refund could be ordered by the court on the entries before it.

For the reasons stated on the record of these proceedings on March 31, 2009, and in the simultaneously filed unpublished memorandum of record, defendant United States has failed to prove further duties are owed on any of the entries at issue.

Accordingly, neither party shall take anything on account of this action.

It is hereby ORDERED that judgment is entered for plaintiff on defendant's counterclaim.

It is further ORDERED that judgment is entered for defendant on plaintiff's claim.


            /s/ Jane A. Restani
            Jane A. Restani
            Chief Judge

Dated this 2nd day of April, 2009.
New York, New York.

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____     By: _____
                                                          Deputy Clerk